UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

---

**CARPENTERS & JOINERS WELFARE FUND, TWIN CITY CARPENTERS PENSION FUND, TWIN CITY CARPENTERS APPRENTICESHIP FUND, NATIONAL APPRENTICESHIP TRAINING FUND, TWIN CITY CARPENTERS VACATION FUND TRUSTS,**

Civil No. 01-CV-749 RHK/RLE

Plaintiffs,

vs.

**NOTICE OF DISMISSAL WITHOUT PREJUDICE AND ORDER**

**T & K BUILDERS, INC. and THEODORE P. KRAFT, individually**

Defendants.

---

**PLEASE TAKE NOTICE** that pursuant to Fed.R. Civ.P. 41(a)(1), Plaintiff herein dismisses the above-entitled matter with prejudice.

Date: June 1 2001

McGRANN SHEA ANDERSONCARNIVAL
STRAUGHN & LAMB, CHARTERED

By Jacqueline Beau
Jacqueline M. Beaulieu
Att'y Reg. No. 293088
2600 US Bancorp Center
800 Nicollet Mall
Minneapolis, MN 55402-2041
Telephone: (612) 338-2525

ATTORNEYS FOR PLAINTIFFS

FILED JUN 08 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

**ORDER**

IT IS HEREBY ORDERED that this matter is dismissed without prejudice.

**IT IS SO ORDERED.**

Date: 6/08/01

Richard H. Kyle
Judge of District Court